379 A.2d 579

Commonwealth v. Cimaszewski, Appellant.

Submitted June 22, 1976. William F. Coyle, and Abrahams & Lowenstein, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The record in this case is remanded to Judge DOTY for the entry of findings of fact with regard to appellant's contention that his guilty plea was induced by promises of leniency by appellant's counsel. Those findings are to be based upon testimony given at the hearing held before Judge DOTY on October 14, 17 and 23, 1975.